**MANDATE**

05cv2434(TPG)

# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 23rd day of July, two thousand and ten.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 07/23/2010
```

_____

EM LTD and NML CAPITAL, LTD.,

        *Plaintiffs-Appellants*,

  v.                             **ORDER**

THE REPUBLIC OF ARGENTINA and
BANCO CENTRAL DE LA REPUBLICA         10-2929-cv
ARGENTINA,

        *Defendants-Appellees*.
-----------------------------------------------------------------

NML CAPITAL, LTD.,

| | |
|---|---|
| 10-2849-cv | 10-2857-cv |
| 10-2851-cv | 10-2868-cv |
| 10-2853-cv | 10-2883-cv |
| 10-2854-cv | 10-2904-cv |
| 10-2855-cv | 10-2910-cv |
| 10-2856-cv | |

        *Plaintiff-Appellant*,

  v.

THE REPUBLIC OF ARGENTINA,

        *Defendant-Appellee*.
-----------------------------------------------------------------

EM LTD.,

        *Plaintiff-Appellant*,

  v.                            10-2862-cv

THE REPUBLIC OF ARGENTINA,

        *Defendant-Appellee*.

_____

The parties in the above referenced cases have filed a stipulation withdrawing the appeals without costs or attorneys' fees pursuant to F.R.A.P. 42(b).

The stipulation hereby is so ordered.

                                              FOR THE COURT,
                                              Catherine O'Hagan Wolfe, Clerk

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

                                              Joy Fallek, Administrative Attorney

MANDATE ISSUED ON 07/23/2010

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

*Catherine O'Hagan Wolfe*