# EXHIBIT A



# Joe Sremack

BERKELEY RESEARCH GROUP, LLC
1919 M Street NW, Suite 800
Washington, DC 20036

Direct: (202) 909-2786
jsremack@brg-expert.com

**SUMMARY**
Mr. Sremack is a principal in Berkeley Research Group's Technology Services practice with over 12 years of IT and consulting experience.  He is responsible for developing and implementing solutions to assist corporate and legal clients in matters involving complex technology issues.  Mr. Sremack's expertise is in IT assessments, electronic discovery, and complex data analytics involving transactional and disparate data.

A computer scientist by training, Mr. Sremack has conducted numerous matters involving system investigations, data analysis, and the evaluation of technology solutions.  He has assisted clients across the U.S. and internationally in such matters as class action settlement distribution, intellectual property theft, bankruptcy, financial fraud, healthcare regulatory investigations, and antitrust disputes.  He has worked with clients in numerous industries, including telecommunications, finance, healthcare, energy, government, retail, and insurance.  He is a frequent publisher and speaker on issues related to electronic discovery and transactional data.

**EDUCATION:**

    M.S. (Computer Science), North Carolina State University

    B.A., College of Wooster

**PRESENT POSITION:**

    **Berkeley Research Group**
    Principal (September 2013 to present)

**PRIOR PROFESSIONAL EXPERIENCE:**

    **FTI Consulting**
    Senior Director (February 2008 – August 2009 / March 2011 – August 2013)

    **Intelligent Discovery Solutions**
    Manager (April 2010 – March 2011)

    **Rated Interactive Media**
    Director of Technology (August 2009 – April 2010)

    **LECG, LLC**



Managing Consultant (February 2005 – February 2008)

**Deloitte Consulting**
Systems Analyst (July 2004 – February 2005)

**Español Marketing**
System Administrator (October 2002 – June 2004)


**SELECTED CONSULTING EXPERIENCE:**

- Managed a team of consultants on a multi-billion dollar international Ponzi scheme investigation. Over one terabyte of transactional data and over one billion financial transactions were analyzed. We worked with the receiver to trace available assets back to claimants and created a tiered distribution and freezing strategy to release funds based on asset auctions.

- Engaged by a major U.S. investment bank to serve as a technical expert for a multi-million dollar regulatory investigation over options reporting.  Based on client interviews, we identified ten relevant transactional systems and developed an analysis methodology for assessing errant transactions and potential restitution. Served as the technical expert and spoke before FINRA and CBOE counsel throughout the engagement.

- Managed a team of consultants on a credit card dispute case by analyzing over two billion transactions, creating a custom parsing application for merging disparate claims data, and developing a statistical method for sampling a data set for classification of claims.

- Conducted a structured data review for a jet engine intellectual property dispute that involved the top three US jet engine manufacturers. Data from over 50 disparate systems were collected and analyzed in order to identify sources of information pertaining to the engine parts in question.

- Conducted a CMS Medicare Part C and Part D data validation project on behalf of a major U.S. healthcare corporation. Millions of healthcare claims and the underlying processing logic were analyzed based on the CMS regulatory guidelines for compliance reporting.

- Performed processing logic and data audits for a healthcare CMS claims submission company. Over 100M claims were analyzed across several data sources and compared to SAS and mainframe data processing logic.

- Installed and managed an Intrusion Detection System for a major US Internet Service Provider and conducted regular forensic investigations of attack patterns.

- Developed an intrusion detection system for Cisco's developmental real-time microkernel operating system. Performed black-box security testing of their OS in the alpha stages of its development on behalf of Cisco.

- Worked with a Fortune 100 company to transition their finance department's IT infrastructure to a new headquarters, performed a data quality assessment and cleansing, and implemented a new financial data warehouse.



- Performed a risk assessment of a major mortgage originator's automated loan processing system. All phases of loan origination data were validated across multiple risk categories, and the loan origination source code were reviewed for correctness.

- Analyzed and annotated over 5,000 AS/400 RPG IV programs' source code for a major Ponzi scheme investigation, along with a black box testing of key programs to determine full system functionality.

- Assisted in the development of a custom email extraction tool for a proprietary email system. The tool was used to process over 400,000 emails for counsel's review.

- Worked with the U.S. Department of Homeland Security on IT infrastructure security and strategy to develop a unified IT environment for all agencies in DHS.

**PROFESSIONAL ASSOCIATIONS:**

- IARIA Data Analytics Conference, Technical Program Committee Member

- Unicode Consortium, Committee Member

**PRESENTATIONS:**

- "Cross-Validation of File System Layers for Computer Forensics," Digital Forensics Research Workshop, Cleveland, Ohio, 2003.

- "The Future for MD5 and SHA-1," Open Web Application Security Project, Reston, Virgina, June 2005.

- "Investigating Real-Time System Forensics," IEEE/CreateNet Computer Network Forensics Research Workshop, Athens, Greece, September 2005.

- "Structured Data and Source Code Analysis for Financial Fraud Investigations," IARIA Data Analytics 2012, Barcelona, Spain, September 2012

**PUBLICATIONS:**

- C. Fletcher, G. Lavallee, and J. Sremack, "Ensuring a Healthy Document Repository," Pike & Fischer's Digital Discovery and e- Evidence, April 2006.

- C. Fletcher and J. Sremack, "Non-Forensic Acquisition of Transactional Data," The Proceedings from ECCE 2006, 2006.

- A. Antonov and J. Sremack, "Taxonomy of Anti-Computer Forensics Threats," Proceedings of the International Conference on IT-Incident Management & IT-Forensics, 2007.



- J. Sremack, "The Collection of Large-Scale Structured Data Systems," Digital Evidence Magazine, January/February 2012.

- J. Knight and J. Sremack, "Planning an In-House Data Analytics Solution," International Legal Technology Association's Peer-to-Peer Magazine, March 2013.